**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

————————

No. 11-13254

————————

(D.C. Docket No. 1:11-cv-00117-TCB)

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 16, 2012
JOHN LEY
CLERK

COMPUCREDIT HOLDINGS CORPORATION,

Plaintiff-Appellant,

versus

AKANTHOS CAPITAL MANAGEMENT, LLC,
ARIA OPPORTUNITY FUND LTD.,
AQR ABSOLUTE RETURN MASTER ACCOUNT, L.P.,
CC ARBITRAGE, LTD.,
CNH CA MASTER ACCOUNT, L.P., et al.,

Defendants-Appellees.

--------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

(Opinion November 10, 2011, 661 F.3d 1312, 11th Cir. 2011)

(April 16, 2012)

Before DUBINA, Chief Judge, TJOFLAT, EDMONDSON, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, MARTIN and JORDAN, Circuit Judges.

B Y  T H E  C O U R T :

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.